**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**Heang Ouch**</u>
    **Plaintiff**

  **V.**

<u>**Independent National Mortgage Corporation, et al**</u>.
    **Defendant**

**CIVIL ACTION**

**NO.** <u>**1:11cv11371  - RGS**</u>

<u>**O R D E R**</u>

<u>**STEARNS,  D. J.**</u>

  The complaint in the above-entitled action was filed on <u>  July 29, 2011 </u>. As of this date there has been no return to the Court of proof of service of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court.

  Accordingly, it is hereby ORDERED that, pursuant to Rule 4(m), Fed. R. Civ. P., and Local Rule 4.1(b), the above-entitled action will be dismissed without prejudice in twenty (21) days from the date of this Order unless a proof of service is filed or good cause shown why service has not been made.

                  **By the Court,**

<u>**January 9, 2012**</u>         **/s/Terri Seelye**

**Date**              **Deputy Clerk**

**(4MNOTICE.WPD - 10/21/10)**