UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HEANG OUCH,**
        **Plaintiff(s),**

**V.**                                                **CIVIL ACTION NO. 1:11cv11371 - RGS**

**INDEPENDENT NATIONAL MORTGAGE**
**CORPORATION, ET AL.,**
        **Defendant(s).**

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                                                **JANUARY 31, 2012**

IT IS HEREBY ORDERED THAT THE ABOVE-ENTITLED ACTION BE, AND IT HEREBY IS, DISMISSED FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER OF JANUARY 9, 2012.

                                            SO ORDERED.

                                            **RICHARD G. STEARNS**
                                            **UNITED STATES DISTRICT JUDGE**

                        **BY:**                */s/ Terri Seelye*
                                        **Deputy Clerk**